**Order entered July 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01519-CR

**DERRICK BRYAN ALLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82591-2011**

## ORDER

The Court **REINSTATES** the appeal.

On June 17, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On July 16, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the June 17, 2013 order requiring findings.

We **GRANT** the July 16, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    LANA MYERS
       JUSTICE